Case 5:21-cv-00182-TBR  Document 1-1  Filed 12/17/21  Page 1 of 4 PageID #: 5

Filed  21-CI-00172  11/11/2021  Stephen Washer, Trigg Circuit Clerk
A true copy attest  21-CI-00172  11/11/2021  s/Stephen Washer, Trigg Circuit Clerk

COMMONWEALTH OF KENTUCKY
TRIGG CIRCUIT COURT
CIVIL ACTION NO. 21-CI-00172

*Electronically Filed*

ALIK GUSEYNOV  PLAINTIFF

VS.  **COMPLAINT**

SHAWNEE EXPRESS, INC.  DEFENDANTS
Serve: Gary D. Krutsinger, Registered Agent
      1207 North Park Avenue
      P.O. Box 486
      Herrin, IL 62948

DAVID B. MEZO
Serve: 3910 Sycamore Road
      Jackson, MI 49202

The plaintiff, Alik Guseynov, for his complaint against the defendants, Shawnee Express, Inc. and David B. Mezo, states as follows:

1. The plaintiff, Alik Guseynov, is, and was at all times mentioned herein, a citizen and resident of Nashville, Davidson County, Tennessee.

2. The defendant, Shawnee Express, Inc. ("Shawnee") is, and was at all times mentioned herein, a corporation organized and existing under the laws of the State of Illinois with its principal place of business located at 1207 N. Park Avenue, Herrin, Illinois 62498 and its agent for service of process being Gary D. Krutsinger, 1207 N. Park Avenue, P.O. Box 486, Herrin, Illinois 62498.

3. The defendant, David B. Mezo ("Mezo"), is, and was at all times mentioned herein, a citizen and resident of Jackson, Jackson County, Michigan. On September 29, 2020, Mezo was acting as an agent, servant and employee of Shawnee Express, Inc., within the course and scope of his employment or agency for the defendants, and in furtherance of the interests of Shawnee.

Filed  21-CI-00172  11/11/2021  Stephen Washer, Trigg Circuit Clerk
A true copy attest  21-CI-00172  11/11/2021  s/Stephen Washer, Trigg Circuit Clerk


EXHIBIT A

Filed           21-CI-00172     11/11/2021      Stephen Washer, Trigg Circuit Clerk
A true copy attest   21-CI-00172     11/11/2021      /s/ Stephen Washer, Trigg Circuit Clerk

4. That the Plaintiff's damages as alleged herein exceed the minimal jurisdictional requirements of this Court.

5. Jurisdiction and venue are proper in the Commonwealth of Kentucky, Trigg Circuit Court.

6. On September 29, 2020, Alik Guseynov, was operating a 2013 International Prostar tractor-trailer in a safe and reasonable manner, traveling westbound on Interstate 24 in Trigg County, Kentucky. At the same time, Mezo was traveling westbound on Interstate 24 when he failed to yield to stopped traffic in the roadway, striking the rear of Guseynov's trailer. Mezo was in a 2010 International Prostar tractor-trailer owned by the defendants.

7. Mezo had a duty to use the utmost care in operating the tractor trailer on September 29, 2020, to keep a lookout for other persons and vehicles around him or so near to his intended line of travel as to be in danger of a collision, to have his semi-truck under reasonable control, and to exercise ordinary care generally to avoid collisions with other persons or vehicles. Mezo breached that duty by operating the tractor trailer in a grossly negligent, wanton, reckless and careless manner, failing to maintain proper control over the vehicle he was operating. As a result of this gross negligence, the defendants have caused significant injuries to Alik Guseynov.

8. Mezo's negligence and gross negligence, which is imputed to his employer, Shawnee, caused Alik Guseynov to sustain severe and permanent injuries. Alik Guseynov has suffered, and continues to suffer, great mental and physical pain.

9. Mezo's negligence and gross negligence, which is imputed to his employer, Shawnee, has caused Alik Guseynov to incur, and continue to incur, substantial medical bills, lost wages, destruction of earning capacity and other damages.

Filed           21-CI-00172     11/11/2021      Stephen Washer, Trigg Circuit Clerk
A true copy attest   21-CI-00172     11/11/2021      /s/ Stephen Washer, Trigg Circuit Clerk

Filed           21-CI-00172     11/11/2021    Stephen Washer, Trigg Circuit Clerk
A true copy attest    21-CI-00172     11/11/2021    /s/Stephen Washer, Trigg Circuit Clerk

10. Mezo operated his vehicle in such a negligent and careless manner that he should have recognized that his conduct created an unreasonable risk of bodily harm to others on the roadway, including Alik Guseynov. Mezo's conduct caused Alik Guseynov to suffer significant injuries, bodily harm and severe emotional distress. Alik Guseynov will continue to suffer same into the future as a direct result of Mezo's conduct, which is imputed to Shawnee.

11. Shawnee had a duty, under statutory, regulatory and common law, to properly hire, train and supervise the activities of its employees, including Mezo, in the operation and maintenance of its commercial vehicles and Shawnee breached its duty to do so constituting negligence on the part of Shawnee. As a result, Alik Guseynov have incurred the damages referred to herein.

12. Shawnee had a duty, under statutory, regulatory and common law, to inspect and maintain its vehicles, including the vehicle that Mezo was operating at the time of this incident and Shawnee breached its duty to do so constituting negligence on the part of Shawnee. As a result, Alik Guseynov have incurred the damages referred to herein.

13. Mezo operated the vehicle with a reckless disregard for the lives and safety of Alik Guseynov such that his conduct amounts to gross negligence, thereby entitling Alik Guseynov to an award of punitive damages.

WHEREFORE, the plaintiff, Alik Guseynov, prays as follows:

A. For awards of compensatory and punitive damages against the defendants in amounts in excess of the jurisdictional requirements of this Court;

B. For pre-judgment and post-judgment interest;

C. For a trial by jury;

D. For his costs herein expended; and

E. For all other relief to which he may appear entitled.

Filed           21-CI-00172     11/11/2021    3 Stephen Washer, Trigg Circuit Clerk
A true copy attest    21-CI-00172     11/11/2021    /s/Stephen Washer, Trigg Circuit Clerk

Filed          21-CI-00172     11/11/2021     Stephen Washer, Trigg Circuit Clerk
A true copy attest    21-CI-00172    11/11/2021    /s/Stephen Washer, Trigg Circuit Clerk

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42102-0770
Telephone: (270) 781-6500
kroby@elpolaw.com
*Attorney for the plaintiff, Alik Guseynov*


　/s/ J. Kyle Roby
J. KYLE ROBY

Filed          21-CI-00172     11/11/2021     4 Stephen Washer, Trigg Circuit Clerk
A true copy attest    21-CI-00172    11/11/2021    /s/Stephen Washer, Trigg Circuit Clerk